FRANK De PALMA, PLAINTIFF-PETITIONER, v. PHILLIPS FUEL CO., DEFENDANT-RESPONDENT.

*Mr. Jacob Green* for the petitioner.

*Mr. I. Robert Schefrin* and *Mr. Aaron Z. Schomer* for the respondent.

April 28, 1958.   Denied.